S. FRANK HARRELL – SBN# 133437
sharrell@lynberg.com
MATTHEW HARRISON – SBN# 222073
mharrison@lynberg.com
MELISSA D. CULP – SBN# 265159
mculp@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant CITY OF FONTANA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSE VELASCO by and through his successor in interest, ROSA VELASCO, ROSA VELASCO, ROSA A. GALVEZ, GENOVEVA VELASCO, MARIA D. VELASCO, HERMILINDA VELASCO, GUADALUPE VELASCO-VIVRYA, LUIS M. VELASCO, ALMA L. VELASCO, JESUS M. VELASCO, NEREYDA VELASCO, CRISTINA M. VELASCO, and the ESTATE OF JOSE VELASCO, <br><br>            Plaintiffs, <br><br> vs. <br><br> CITY OF FONTANA, a public entity; STEVEN BECHTOLD; LONI IVES; MARICIA PINEDA, SCOTT SNYDER, SERGEANT SURGENT, JUDY FONTANA, AND DOES 7-10, inclusive, each of whom is sued individually and in their official capacity as Police Officers for the City of Fontana <br><br>            Defendants. | CASE NO. 11-1273 JHN (OPx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Jacqueline H. Nguyen– Ctrm790* <br><br> **[PROPOSED] ORDER FOR PROTECTIVE ORDER** <br><br> DISCOVERY MATTER <br> Assigned to Magistrate Judge Oswald Parada |

---

1
**[PROPOSED] ORDER FOR PROTECTIVE ORDER**

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court now adopts the parties' Stipulation for Protective Order and enters the same as an **ORDER** of the Court.

**IT IS SO ORDERED**.

DATED: December 9, 2011

By: /S/
HON. OSWALD PARADA
United States Magistrate Judge